IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| MICHAEL JEROME WHITE, | * |
| Plaintiff, | * |
| v. | Case No. 7:25-cv-48 (WLS-ALS) |
| | * |
| WARDEN JOSHUA JONES, et al., | |
| | * |
| Defendants. | |
| | * |

## J U D G M E N T

Pursuant to this Court's Order dated January 13, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing claims arising from Michael Jerome White's treatment at Valdosta State Prison. White's remaining claims against Defendants Jones, McCastler, Rollin, and McGee are **TRANSFERRED** to the United States District Court for the Northen District of Georgia along with White's pending in forma pauperis Motion in connection with those claims.

This 14th day of January, 2026.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk